Otis Ray **GLENN**, Plaintiff–Appellant,

v.

Joseph **MCGRATH**, Warden; et al., Defendants–Appellees.

No. 09–15000.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 2, 2010.

Otis R. Glenn, Represa, CA, pro se.

No Appearance, for Defendants–Appellees.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Otis Ray Glenn, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that prison officials denied him due process in connection with the administrative review of a rules violation report. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly concluded that Glenn's complaint failed to state a

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

claim because prisoners "lack a separate constitutional entitlement to a specific prison grievance procedure." *Ramirez v. Galaza,* 334 F.3d 850, 860 (9th Cir.2003). Moreover, to the extent that Glenn challenges the 2002 rules violation report, his challenge is time-barred. *See Jones v. Blanas,* 393 F.3d 918, 927 (9th Cir.2004) (explaining that in section 1983 actions courts apply the forum state's statute of limitations for personal injury actions, and noting California's two-year statute of limitations for personal injury claims).

Glenn's remaining contentions are unpersuasive.

Glenn's request for appointment of counsel is denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.